IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| MICHELLE ROGERS, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>DELTA POWER EQUIPMENT )<br>CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | C.A. No.: 8:15-cv-03477-MGL-KFM |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate that this action should be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this the 1st day of December, 2015.

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| By: s/ *John P. Mann, Jr.* | s/ *Stephanie E. Lewis* |
| John P. Mann, Jr. (Fed. ID No. 3624) | Stephanie E. Lewis (Fed. ID No. 9511) |
| jpm@mannlaw.org | Email: lewiss@jacksonlewis.com |
| | Jonathan A. Roth (Fed. ID No. 11662) |
| MANN LAW FIRM, P.A. | Email: jonathan.roth@jacksonlewis.com |
| 512 E. North Street | |
| Greenville, SC 29601 | JACKSON LEWIS P.C. |
| Phone: 864-243-8358 | 15 South Main St., Suite 700 |
| Fax: 864-233-5088 | Greenville, SC 29601 |
| | Phone: 864-232-7000 |
| | Fax: 864-235-1381 |